**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| KERRY RAY LAMPKIN JR.,<br>*Plaintiff* | §<br>§<br>§ | |
| v. | § | Case No. SA-26-CV-00652-XR |
| BEXAR COUNTY, *et al.*,<br>*Defendants* | §<br>§<br>§ | |

**ORDER ON REPORT AND RECOMMENDATION**

On this date the Court considered United States Magistrate Judge Kelly G. Stephenson's Report and Recommendation ("R&R") filed on July 30, 2026 (ECF No. 10), recommending that the Court grant Bexar County's motion to dismiss (ECF No. 5). After careful consideration, the Court **ADOPTS** the recommendation in full.

**BACKGROUND**

Plaintiff Kerry Ray Lampkin Jr., proceeding *pro se*, brought this action under 42 U.S.C. § 1983 against Bexar County, the Bexar County Risk Management Department ("BCRMD"), Cannon Cochran Management Services, Inc. ("CCMSI"), and Does 1–10. ECF No. 1.

Plaintiff alleges he was acquitted by a jury in a criminal case and Defendants never corrected their records to reflect his acquittal. ECF No. 1 ¶¶ 1, 2. Lampkin further alleges he served notice of this error in a "Rebuttal and Failure to Abate" on December 30, 2025, with a ten-day cure period, and Defendants never responded. *Id*. ¶¶ 5, 6. When the cure period ended on January 9, 2026, Lampkin alleges he served a "Notice of Enforcement & Jurisdictional Transition" and Defendants still failed to respond. *Id*. ¶¶ 7, 8. Lampkin alleges Defendants' silence constitutes deliberate indifference and that he suffered reputational, economic, and procedural injury as a result of their failure to correct the record. *Id*. ¶¶ 4, 9.

Lampkin asserts four causes of action under 42 U.S.C. § 1983 for violations of his constitutional rights based on procedural due process (count 1), substantive due process (count 2), deliberate indifference under *Monell* (count 3), and access to remedy (count 4). *Id*. at 2–3. He seeks compensatory damages, costs, and declaratory and injunctive relief. *Id.* ¶ 10.

Bexar County and BCRMD (together, the "Bexar County Defendants") moved to dismiss Plaintiff's claims against BCRMD because it is a non-jural entity that cannot be sued and to dismiss his claims against Bexar County because the complaint fails to allege any facts establishing that a constitutional violation occurred, demonstrating a policy or practice sufficient to establish *Monell* liability, or supporting any claim for relief. ECF No. 5.

On July 30, 2026, the Magistrate Judge recommended that the Court (1) grant the Bexar County Defendants' motion in full, (2) deny Plaintiff's request for leave to file an amended complaint as futile, and (3) dismiss Plaintiff's claims against the remaining Defendants under Rule 4(m) for failure to effect timely service. *See* ECF No. 10. Plaintiff has not filed any objections and the time to do so has expired.

**DISCUSSION**

A party may serve and file objections to a Report and Recommendations within fourteen days. FED. R. CIV. P. 72(a), (b)(2). Courts must review *de novo* any of the Magistrate Judge's conclusions to which a party has specifically objected. 28 U.S.C. § 636(b)(1). Any sections not clearly objected to are reviewed for clear error to determine whether they are contrary to law. *Id*.

Because no party has timely objected to the R&R, the Court need not conduct a *de novo* review. *See* 28 U.S.C. § 636(b)(1). The Court has reviewed the R&R and finds it to be neither clearly erroneous nor contrary to law.

## CONCLUSION

For the foregoing reasons, the Court **ADOPTS** the Magistrate Judge's recommendation (ECF No. 10).

It is **ORDERED** that the Bexar County Defendants' motion to dismiss (ECF No. 5) is **GRANTED**, and Plaintiff's claims against them are **DISMISSED WITH PREJUDICE** pursuant to Rule 12(b)(6); and

It is **FURTHER ORDERED** that Plaintiff's claims against Cannon Cochran Management Services, Inc. and Does 1–10 are **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m).

A final judgment will follow pursuant to Rule 58.

The Clerk is **DIRECTED** to mail a copy of this order and the final judgment to Kerry Ray Lampkin, Jr., P.O. Box 1102, Lockhart, TX 78644.

It is so **ORDERED**.

**SIGNED** this 31st day of August, 2026.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE